AO 91 (Rev. 11/11) Criminal Complaint

United States Courts
Southern District of Texas
FILED

December 05, 2024

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:24-mj-530 |
| DARREN STEVEN GRIGSBY JR | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 3, 2024** in the county of **Harris** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault of a federal officer or employee |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

Sworn to and signed by telephone.

_Complainant's signature_

DHS-FPS Inspector Eric W. Lunson
_Printed name and title_

Date: 12/05/2024

_Judge's signature_

City and state: Houston, Texas

U.S. Magistrate Judge Dena Hanovice Palermo
_Printed name and title_

4:24-mj-530

# AFFIDAVIT AND ATTACHMENT FOR CRIMINAL COMPLAINT

I, Inspector ERIC LUNSON, being duly sworn, depose and state the following:

1. I am currently employed as a Law Enforcement Officer with the U.S. Department of Homeland Security (DHS), Federal Protective Service (FPS), and as such am empowered by Title 40, United States Code, Section 1315 to make arrests and obtain and execute warrants. I have been employed by FPS in excess of twelve (12) years. During the course of my employment with FPS, I have conducted criminal investigations and made arrests based on probable cause while in scope of my official duties. I am responsible for the protection of buildings, grounds, and property that are owned, occupied, or secured by the Federal Government and the protection of all persons on the property within the Southern District of Texas. I enforce violations of Title 18 of United States Code and Title 41 Code of Federal Regulations governing the conduct on federal property.

2. As a result of my training, general knowledge, and experience as an Inspector, I am familiar with the laws including Title 18 United States Code, Section 111 (a)(1) and know it is a violation to forcibly assault, resist, oppose, intimidate, or interfere with any person designated in Section 1114 of this code while engaged in or on account of the performance of their official duties.

3. This statement is provided in support of charging the defendant DARREN STEVEN GRIGSBY JR (GRIGSBY) with the violation of Title 18 United States Code, Section 111(a)(1). This is a summary of facts and is not a complete statement of all facts related to this case.

4. The alleged actions referenced in this statement did occur in the Southern District of Texas.

5. On December 6, 2024, at approximately 1:55 p.m., the defendant, GRIGSBY, was physically present on federal property at the Social Security Administration Office located at 8989 Lakes at HWY-610, Houston, TX 77054.

6. GRIGSBY was inside the facility receiving government services and was being helped by SSA employee VICTORIA AKINSEYE at an interview window.

7. GRIGSBY became loud and disorderly which prompted AKINSEYE to request a federal contract guard to assist her.

8. Contract guard also referred to as protective security officer (PSO) TRAVIS GUILLORY arrived at the interview window.

9. AKINSEYE observed GRIGSBY punch PSO GUILLORY in the head and then run away.

10. PSO GUILLORY pursued GRIGSBY to the lobby where GRIGSBY turned and punched PSO GUILLORY in the head again before being tackled and detained.

11. PSO GUILLORY is a federal contract employee covered under 18 USC 1114.

12. DHS-FPS was notified of the incident.

13. At approximately, 2:16 p.m., inspector LUNSON responded to the incident and location.

14. Inspector LUNSON found GRIGSBY detained in handcuffs in the lobby of the SSA.

15. Inspector LUNSON interviewed AKINSEYE who identified GRIGSBY as the individual who assaulted GUILLORY.

16. Inspector LUNSON reviewed camera footage that showed GRIGSBY as the individual who assaulted GUILLORY and was the subject who was detained in handcuffs.

17. Inspector LUNSON saw on the camera footage that GRIGSBY punched PSO GUILLORY in the head and fled.

18. Inspector LUNSON had received sufficient information to establish probable cause that GRIGSBY committed the criminal act of assault against GUILLORY and placed GRIGSBY under arrest.

Based on the aforementioned facts, the affiant believes that on December 3, 2024, defendant DARREN STEVEN GRIGSBY JR did violate Title 18 United States Code, Section 111(a)(1).

Inspector Eric Lunson
U.S. Dept. of Homeland Security
Federal Protective Service
Houston, Texas

Subscribed to and sworn to by telephone on December 5, 2024, in Houston, Texas and I find probable cause.

Honorable Dena Hanovice Palermo
United States Magistrate Judge